USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ANTONIO TATACOYA FLORES,

                Plaintiff,

       v.

153 J AND J FOOD MARKET CORP.,
JULIAN RAMOS,

                Defendants.

No. 21-CV-9917 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     On May 10, 2022, the Court issued an order directing the parties—who had successfully reached agreement on all issues through mediation—to either consent to conducting all further proceedings before Magistrate Judge Aaron or submit an FLSA settlement approval request. Although the parties were directed to reply by June 10, 2022, the Court has not since heard from the parties. By no later than June 24, 2022, they shall submit a joint filing to the Court either taking one of those actions or explaining why neither of those actions is appropriate at this time.

SO ORDERED.

Dated:   June 21, 2022
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge