# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42ⁿᵈ Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____

June 24, 2022

**<u>VIA ECF</u>**

Hon. Ronnie Abrams
United States District Judge
Southern District of NY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Tatacoya Flores et al v. 153 J and J Food Market Corp. et al</u>
        1:21-cv-09917-RA

Dear Judge Abrams:

This office represents Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to advise the Court of the status of the case.

On May 9, 2022, the parties agreed to a settlement in principle and are in the process of preparing the settlement papers for submission to this Court. Plaintiff's counsel anticipates that the settlement agreement will be signed by Plaintiff and ready for review by this Court on or before July 1, 2022.

We thank the Court for its attention.

Respectfully Submitted,

_/s/Frank Palermo_
Frank J. Palermo, Esq.
CSM LEGAL, P.C.
_Attorneys for Plaintiff_

_Certified as a minority-owned business in the State of New York_