# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 24, 2022

**VIA ECF**

Hon. Ronnie Abrams  
United States District Judge  
Southern District of NY  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    <u>Tatacoya Flores et al v. 153 J and J Food Market Corp. et al</u>  
                 1:21-cv-09917-RA

Dear Judge Abrams:

    This office represents Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to advise the Court of the status of the case.

    On May 9, 2022, the parties agreed to a settlement in principle and are in the process of preparing the settlement papers for submission to this Court. Plaintiff's counsel anticipates that the settlement agreement will be signed by Plaintiff and ready for review by this Court on or before July 1, 2022.

    We thank the Court for its attention.

Respectfully Submitted,

*/s/Frank Palermo*  
Frank J. Palermo, Esq.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiff*

SO ORDERED.

_____  
Hon. Ronnie Abrams  
June 27, 2022