USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO TATACOYA FLORES,

                Plaintiff,

v.

153 J AND J FOOD MARKET CORP.,
JULIAN RAMOS,

                Defendants.

No. 21-CV-9917 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 5, 2022, the Court approved of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201 (2d Cir. 2015) and directed the parties to file a stipulation of dismissal for the Court's endorsement. The parties have not done so. By August 15, 2022, they shall file a stipulation of dismissal or a status update.

SO ORDERED.

Dated:    August 8, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge